# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **United States of America,** | ) |
| | ) |
|     **Plaintiff,** | )   Case No.  3:01CR30129-DRH |
| | ) |
|     v. | ) |
| | ) |
| **Sarah Connor,** | ) |
| | ) |
|     **Defendant,** | ) |
| | ) |
| ===================================  | ) |
| **Touchette Regional Hospital,** | ) |
| | ) |
|     **Garnishee.** | ) |

## GARNISHEE ORDER

A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee.  Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on June 28, 2010, (**Doc #6**), stating that at the time of the service of the Writ he had in his possession or under his control personal property belonging to and due Defendant, and that Garnishee is indebted to Defendant for wages as they become due and payable.

On July 16, 2010, the Defendant was notified of her right to a hearing and has not requested a hearing to determine exempt property.

**IT IS ORDERED** that Garnishee pay **$300.00 per month** of the Defendant's net wages to Plaintiff, and continue said payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to the Defendant or until further Order of this court.

Payments are to be made payable to the Clerk of the District Court , 750 Missouri Avenue, East St. Louis, Illinois  62201.

The Plaintiff is to provide a copy of this Order to the Garnishee.

Dated: <u>August 6, 2010</u>.

/s/    *DavidRHerndon*
Chief Judge
 United States District Court
